CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

November 09, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRITTNEY BRANCH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26-cv-00515 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| FABOR, *et al.*, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff Brittney Branch, proceeding *pro se*, filed a civil-rights action under 42 U.S.C. § 1983 against Defendants Fabor, Kilgore, and Greer. (*See* ECF No. 1.) On August 17, 2026, the court screened the complaint pursuant to 28 U.S.C. § 1915A and found that it failed to state a claim for which relief could be granted. (*See* ECF No. 8.) Because Plaintiff is proceeding *pro se*, the court gave her an opportunity to file an amended complaint correcting the deficiencies outlined in the court's opinion. (*See* ECF No. 9.) The court directed Plaintiff to file an amended complaint within 30 days in order to proceed with this action and cautioned Plaintiff that failure to amend would result in the dismissal of this action without further notice. (*Id.*)

More than 30 days have passed, and Plaintiff has not filed an amended complaint or requested an extension of time to do so. Because Plaintiff has not complied with the court's order and has not amended her complaint, the court will dismiss this action without prejudice under 28 U.S.C. § 1915A for the reasons set forth in the court's previous Memorandum Opinion (ECF No. 8).

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 9th day of November, 2026.

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE